Certificate Number: 17082-PAM-DE-031422837

Bankruptcy Case Number: 13-05019



17082-PAM-DE-031422837

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2018, at 5:37 o'clock PM MST, SHANNON LANGE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 3, 2018  By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director